# PRIMMER PIPER EGGLESTON & CRAMER PC
*Attorneys at Law*

150 SOUTH CHAMPLAIN STREET P.O. BOX 1489 BURLINGTON, VT 05402

DOUGLAS J. WOLINSKY
dwolinsky@ppeclaw.com
TEL: (802) 864-0880
FAX: (802) 864-0328

December 27, 2010

**VIA FACIMILE**
Kim Lefebvre
Court Unit Executive
United States Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Re:    Composite Factory, Inc. – Case No. 07-13397

Dear Kim:

Enclosed please find check number 10121 in the amount of $2,580.78, which represents unclaimed funds for the following creditor(s):

| Claim No. | Check No. | Amount | Claimant address |
|---|---|---|---|
| 4 | 10112 / 10121 | $2,580.78 | Tristar Worldwide<br>Credit & Collections<br>6280 So. Valley View Blvd., Ste. 604<br>Las Vegas, NV 89118 |

Thank you for your assistance in this matter

Sincerely yours,

Douglas J. Wolinsky/AJL

Douglas J. Wolinsky

DJW:ajl

E00980-00956\Doc #45

Burlington, Vermont • Montpelier, Vermont • St. Johnsbury, Vermont • Littleton, New Hampshire
www.ppeclaw.com

[Stamp: REC'D & FILED 2010 DEC 27 PM 2:54 CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY]